# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IGNACIO ARAUJO,

    Petitioner,

v.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:18-cv-00968-APG-PAL

**ORDER**

Petitioner has filed an application to proceed in forma pauperis. ECF No. 1. He states that he wishes to pursue a petition for a writ of habeas corpus. He has enough money to pay the filing fee of $5.00.

Petitioner has not sent a habeas corpus petition to the court. He will need to do that for the action to proceed.

Petitioner also has filed a motion for appointment of counsel. ECF No. 2. I cannot say now that appointment of counsel is warranted because, without a petition, I cannot evaluate Petitioner's claims.

IT IS THEREFORE ORDERED that the application to proceed in forma pauperis **(ECF No. 1) is DENIED**. Petitioner shall have 30 days from the date that this order is entered to have the filing fee of $5.00 sent to the clerk of the court. Failure to comply will result in the dismissal of this action.

IT IS FURTHER ORDERED that the clerk of the court shall send Petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

IT IS FURTHER ORDERED that petitioner's motion for appointment of counsel **(ECF No. 2) is DENIED.**

IT IS FURTHER ORDERED that the clerk of the court shall send Petitioner a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 form with instructions. Petitioner shall have

30 days from the date that this order is entered in which to file a petition. Neither the foregoing deadline nor any extension thereof signifies or will signify any implied finding of a basis for tolling during the time period established. Petitioner at all times remains responsible for calculating the running of the federal limitation period under 28 U.S.C. § 2244(d)(1) and timely asserting claims. Failure to comply with this order will result in the dismissal of this action.

IT IS FURTHER ORDERED that Petitioner shall place the case number, 2:18-cv-00968-APG-PAL, in the space provided on the petition form.

DATED: June 15, 2018.

_____
ANDREW P. GORDON
United States District Judge