UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IGNACIO ARAUJO,

Petitioner,

v.

BRIAN E. WILLIAMS, et al.,

Respondents.

Case No. 2:18-cv-00968-APG-PAL

**ORDER**

On June 15, 2018, the court directed petitioner to do two things. First, petitioner needed to pay the filing fee of $5.00. Second, petitioner needed to file a petition for a writ of habeas corpus, because the court had not received any petition. ECF No. 4. Petitioner has not complied with the court's order, and the court will dismiss the action. The dismissal is without prejudice, but petitioner is responsible for ensuring that any subsequently commenced action is timely under 28 U.S.C. § 2244(d).

Reasonable jurists will not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

IT THEREFORE IS ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to comply with the court's order (ECF No. 4). The clerk of the court shall enter judgment accordingly and close this action.

IT THEREFORE IS ORDERED that a certificate of appealability will not issue.

DATED: August 7, 2018

ANDREW P. GORDON
United States District Judge